[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-14623
Non-Argument Calendar
_____

D.C. Docket No. 8:15-cr-00079-WJC-JSS-1

UNITED STATES OF AMERICA,

                                                            Plaintiff-Appellee,

versus

JOSE ANGEL HERNANDEZ-MARTINEZ,

                                                            Defendant-Appellant.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(May 31, 2017)

Before HULL, MARCUS and JILL PRYOR, Circuit Judges.

PER CURIAM:

    George C. Bedell, III, appointed counsel for Jose Angel Hernandez-Martinez

in this direct criminal appeal, has moved to withdraw from further representation

of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hernandez-Martinez's convictions and sentences are **AFFIRMED**.